# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Eric Holder
ADDRESS: Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS:
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
        (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for _____Eric Holder_____ was received by me on _____.
                    (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: U.S. Department of Justice
ADDRESS: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___60___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
         (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for ___U.S. Department of Justice___ was received by me on _____.
(name of individual and title, if any)                                                      (date)

☐ I personally served the summons on the individual at _____
                                                                                             (place where served)
on _____.
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                     (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of _____ on _____.
                                      (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
        Server's signature

Additional information regarding attempted service, etc.:

_____
        Server's printed name and title

_____
        Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Bureau of Alcohol, Tobacco, Firearms & Explosives
ADDRESS: ATF
99 New York Avenue, NE
Washington, DC 20226

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
        (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

### PROOF OF SERVICE

This summons for __Bureau of Alcohol, Tobacco, Firearms & Explosives__ was received by me on _____.
                    (name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                            (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: B. Todd Jones
ADDRESS: ATF
99 New York Avenue, NE
Washington, DC 20226

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
        (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for ____**B. Todd Jones**____ was received by me on _____.
         (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                                                        (place where served)
on _____.
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Thomas E. Brandon
ADDRESS: ATF
99 New York Avenue, NE
Washington, DC 20226

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
    (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for ___Thomas E. Brandon___ was received by me on _____ (date).
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____ (place where served)
on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: The Federal Bureau of Investigation
ADDRESS: FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
        (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

### PROOF OF SERVICE

This summons for _____The Federal Bureau of Investigation_____ was received by me on _____.
                        (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                            (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Robert S. Mueller, III
ADDRESS: FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___60___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
      (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

### PROOF OF SERVICE

This summons for _____Robert S. Mueller, III_____ was received by me on _____.
                   (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                          _____
                                                       Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                   Server's printed name and title

                                                            _____
                                                                   Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: United States of America
ADDRESS: Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
     (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
   110 Michigan St., NW
   Grand Rapids, MI 49503

☐ P.O. Box 698
   229 Federal Building
   Marquette, MI 49855

☐ B-35 Federal Building
   410 W. Michigan Ave.
   Kalamazoo, MI 49007

☐ 113 Federal Building
   315 W. Allegan
   Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for _____United States of America_____ was received by me on _____.
              (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Kriste Kibbey Etue
ADDRESS: Michigan State Police Headquarters
333 S. Grand Ave.
PO Box 30634
Lansing, MI 48909-0634

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
(Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for _____Kriste Kibbey Etue_____ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Hillsdale County Sheriff's Office
ADDRESS: 165 W. Fayette St.
Hillsdale, MI 49242

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
    (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

## PROOF OF SERVICE

This summons for ___Hillsdale County Sheriff's Office___ was received by me on _____.
                  (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Stan W. Burchardt
ADDRESS: Hillsdale County Sheriff's Office
165 W. Fayette St.
Hillsdale, MI 49242

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
    (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

---

### PROOF OF SERVICE

This summons for _____Stan W. Burchardt_____ was received by me on _____.
                    (name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)       (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD CHARLES TYLER

v.

ERIC HOLDER, et al.

Case No.
Hon.

TO: Rick Snyder
ADDRESS: Office of the Governor
PO Box 30013
Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Lucas J. McCarthy, Esq.
Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

By: _____
        (Deputy Clerk)

Dated: _____

☐ 399 Federal Building
   110 Michigan St., NW
   Grand Rapids, MI 49503

☐ P.O. Box 698
   229 Federal Building
   Marquette, MI 49855

☐ B-35 Federal Building
   410 W. Michigan Ave.
   Kalamazoo, MI 49007

☐ 113 Federal Building
   315 W. Allegan
   Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for _____Rick Snyder_____ was received by me on _____.
                   (name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address