**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CLIFFORD CHARLES TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-CV-00523-GJQ |
| | ) | |
| ERIC HOLDER, Attorney General of the | ) | |
| United States *et al.*; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER EXTENDING TIME FOR FEDERAL DEFENDANTS**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter having come before the Court upon Plaintiff and Federal Defendants'

Stipulation Extending Time for Federal Defendants to Respond to Plaintiff's Complaint, and the

Court being fully advised in the premises,

IT IS HEREBY ORDERED that Federal Defendants shall answer or otherwise respond to

Plaintiff's Complaint on or before October 1, 2012.


Dated: August 23, 2012                         ___/s/ Gordon J. Quist___
                                               HON. GORDON J. QUIST
                                               U.S. District Judge