IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLIFFORD CHARLES TYLER,        ) | |
|         Plaintiff,        ) | |
| v.        ) | Case No. 1:12-CV-00523-GJQ |
| ERIC HOLDER, Attorney General of the        )<br>United States *et al.*;        ) | |
|         Defendants.        ) | |

**ORDER ENLARGING BRIEFING PAGE LIMITS ON FEDERAL DEFENDANTS'
ANTICIPATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This matter having come before the Court upon Plaintiff and Federal Defendants' Stipulation Enlarging Briefing Page Limits on Federal Defendants' Anticipated Motion to Dismiss Plaintiff's Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Federal Defendants' brief in support of their anticipated Motion to Dismiss shall not exceed 50 pages; that Plaintiff's brief in opposition shall not exceed 50 pages; and that Federal Defendants' reply brief shall not exceed 25 pages.


Dated: September 25, 2012                    /s/ Gordon J. Quist
                                                        HON. GORDON J. QUIST
                                                        U.S. District Judge