IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD CHARLES TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-CV-00523-GJQ |
| | ) | |
| ERIC HOLDER, Attorney General of the United States *et al.*; | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

**ORDER EXTENDING TIME FOR FEDERAL DEFENDANTS
TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

This matter having come before the Court upon Plaintiff and Federal Defendants' Stipulation Extending Time for Federal Defendants to File Reply Brief in Support of Motion to Dismiss, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Federal Defendants shall file any reply brief in support of their Motion to Dismiss on or before December 7, 2012.

Dated: November 8, 2012

　　　　　　　　　　　　　　　　　　　　/s/ Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　HON. GORDON J. QUIST
　　　　　　　　　　　　　　　　　　　　U.S. District Judge