United States District Court for the Western
District of Michigan

CLIFFORD CHARLES TYLER

Plaintiff,

vs.

CASE NO. 1:12-CV-00523-GJQ

HILLSDALE COUNTY SHERIFF'S
DEPARTMENT et al

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that ___Clifford Charles Tyler___, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from the final judgment
(the final judgment) (from an
_____ entered in this action on the  21st  day of
order (describing it))

_____June_____, 2013.

(s) Lucas McCarthy
Address: Hartwell Failey & McCarthy PLC
233 Fulton St. E., Ste. 104
Grand Rapids, MI 49503

Attorney for Clifford Charles Tyler

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
1/99