# United States District Court for the Western District of Michigan

CLIFFORD CHARLES TYLER

Plaintiff,

vs.

CASE NO. 1:12-CV-00523-GJQ

HILLSDALE COUNTY SHERIFF'S DEPARTMENT et al

Defendant.

## Amended NOTICE OF APPEAL

Notice is hereby given that _Clifford Charles Tyler_, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from January 29, 2013 Opinion
(the final judgment) (from an

and Order and the final judgment entered in this action on the 21st day of
order (describing it))

June, 2013.

(s) Lucas McCarthy

Address: Hartwell Failey & McCarthy PLC
233 Fulton St. E, Ste. 104
Grand Rapids, MI 49503

Attorney for Clifford Charles Tyler

cc: Opposing Counsel ☐
Court of Appeals ☐

6CA-3
1/99