Case No. 13-1877

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

CLIFFORD CHARLES TYLER

    Plaintiff - Appellant

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, named as Hillsdale County Sheriff's Office;  et al

    Defendants - Appellees

and

KRISTE KIBBEY ETUE, individually and as Director of the Michigan State Police; RICK SNYDER, individually and as Governor of the State of Michigan

    Defendants.

    Upon sua sponte consideration,

    And it appearing that the filing of Case No. 13-1877 is a duplicate appeal to the notice of appeal filed in Case No. 13-1876,

    It is hereby **ORDERED** that Case No. 13-1877 is **DISMISSED** as being duplicative of Case No. 13-1876.

                                   **ENTERED PURSUANT TO RULE 45(a),**
                                   **RULES OF THE SIXTH CIRCUIT**
                                   Deborah S. Hunt, Clerk

Issued:  July 02, 2013

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 02, 2013

Mr. Lucas J. McCarthy
Hartwell, Failey & McCarthy
233 Fulton Street, E.
Suite 104
Grand Rapids, MI 49503

Re: Case No. 13-1877, *Clifford Tyler v. Hillsdale County Sheriff's De, et al*
Originating Case No. : 1:12-cv-00523

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Ms. Tracey Cordes
    Mr. James L. Dyer
    Ms. Shaina R. Reed
     Michael Andrew Zee

Enclosure

No mandate to issue